IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LUCINDA BEADLE, Personal Representative of the Estate of Daniel A. Elrod, Deceased;<br><br>Plaintiff,<br><br>vs.<br><br>THE CITY OF OMAHA, a political subdivision of the State of Nebraska; et. al;<br><br>Defendants. | **8:18CV82**<br><br>**ORDER** |

IT IS ORDERED that the initial progression order is as follows:

1) The deadline for filing a motion for summary judgement based on qualified immunity is August 27, 2018. Further progression will be deferred until after resolution of such motion.

2) The parties shall contact the undersigned's chambers within ten (10) days after a ruling on any dispositive motions on the immunity defenses to set a status conference to discuss further progression of any remaining issues.

July 26, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge