# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LUCINDA BEADLE, Personal Representative of the Estate of Daniel A. Elrod, Deceased,<br><br>        Plaintiff,<br><br>vs.<br><br>THE CITY OF OMAHA, a political subdivision of the State of Nebraska; TODD SCHMADERER, in his official capacity as Chief of the City of Omaha Police Department; ALVIN LUGOD, individually and in his official capacity as an officer of the City of Omaha Police Department; DOES 1-25, inclusive,<br><br>        Defendants. | CASE NO: 8:18-cv-82<br><br>**INDEX OF EVIDENCE IN SUPPORT OF ALVIN F. LUGOD'S MOTION FOR SUMMARY JUDGMENT BASED UPON QUALIFIED IMMUNITY** |

The following listed exhibits are offered in support of the Defendant's Motion for Summary Judgment based on Qualified Immunity against the claims asserted in the Plaintiff's First Amended Complaint (Doc. # 13).

    Exhibit 1    Affidavit of Alvin F. Lugod.

    Exhibit 2    Witness Statement of Nicholas Skiles.

    Exhibit 3    Omaha Police Department Supplementary Report # 65244-O.

    Exhibit 4    Omaha Police Department Incident Report # 65244-O.

    Exhibit 5    Douglas County 911 Audio Recording from February 23, 2015.

    Exhibit 6    Car # 365 Cruiser Video from February 23, 2015.

    Exhibit 7    Car # 362 Cruiser Video from February 23, 2015.

    Exhibit 8    Declaration of Ryan J. Wiesen

Respectfully submitted this 27th day of August, 2018.

        ALVIN F. LUGOD, Defendant.

By: s/ Ryan J. Wiesen
    RYAN J. WIESEN, No. 24810
    Assistant City Attorney
    1819 Farnam Street, Suite 804
    Omaha, NE 68183
    (402) 444-5115
    Ryan.Wiesen@cityofomaha.org
    Attorney for the Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 27th day of August, 2018, the foregoing **INDEX IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT and Attached Exhibits** was served by U.S. mail, postage prepaid, to Brian E. Jorde, Domina Law Group, P.C. L.L.O., 2425 South 144th Street, Omaha, Nebraska 68144-3267, and was electronically filed with the Clerk of Court through the CM/ECF system, which will send notification of said filing to all attorneys and parties registered with the Court.

    s/ Ryan J. Wiesen
    Assistant City Attorney