DEFENDANT'S EXHIBIT 2

I WAS WORKING AT THE REGISTER WHEN THE MAN GRABBED A 4-PACK OF SLIM JIMS FROM THE SHELF. HE PLACED IT ON THE COUNTER I WAS AT, ALONG WITH A $10 BILL. I TOOK THE BILL AND TYPED IN THE AMOUNT PAID. AFTER I OPENED THE REGISTER TO GIVE HIM HIS CHANGE, HE REACHED FORWARD INTO THE REGISTER TO GRAB THE MONEY. I RESISTED HIM AT FIRST, BUT EVENTUALLY LET HIM TAKE THE MONEY OUT. HE BROKE A PIECE OF THE REGISTER OFF, AND MADE OFF WITH SOME OF THE MONEY. I DO NOT KNOW HOW MUCH MONEY WAS TAKEN. A CUSTOMER DIALED 911 SHORTLY FOLLOWING, AND HANDED THE PHONE TO ME. AS I WAS TALKING TO THE DISPATCHER, A COP CAR THAT WAS NEARBY PULLED UP, AND ONE OF THE OTHER CUSTOMERS POINTED HIM TOWARD THE MAN, WHO WAS HEADING NORTHBOUND ON 13TH STREET. AFTER THIS, I NOTIFIED MY MANAGERS ABOUT THE INCIDENT.

— Nick Shile

CONFIDENTIAL: DOCUMENT PRODUCED PURSUANT TO PROTECTIVE ORDER ENTERED IN CI 16-8620
7-7-2017 City of Omaha 1st Set of Production
Page 50 of 1118

NICHOLAS SKILES

DOB =
ADDRESS =
MAIN
PHONE = (402)

ST. OMAHA NE

← IF NOT HOME, CALL GRANDMOTHERS PHONE
(402)

NAME = BARBARA

CONFIDENTIAL: DOCUMENT PRODUCED PURSUANT TO PROTECTIVE ORDER ENTERED IN CI 16-8620
7-7-2017 City of Omaha 1st Set of Production
Page 51 of 1118