

**DEFENDANT'S EXHIBIT 3**



# OMAHA POLICE DEPARTMENT

☐ CONTINUATION REPORT
☒ SUPPLEMENTARY REPORT

Page No. 1 of 3
RB No. 65244-0

| Offense: Robbery | ☐ Victim ☒ Suspect ELROD Daniel | Subject Address UNK |
| --- | --- | --- |
| Day/Date/Time: Original Report MON 23FEB15 @ 1830 | Day/Date/Time: This Report MON 23FEB15 @ 2218 | Address of Occurrence 1725 S 13th St | District 61 |

On MON 23FEB15 at 1830 hrs R/O KNAPP #2060 responded to 1725 S 13th St to assist with a robbery. Upon arrival R/O spoke with a party named KAPOUN Robert ( )( 402- ) who stated he heard approximately 3 shots but didn't hear or see anything else.

R/O then went to 1725 S 13th St Family Dollar and made contact with employees. Employee identified as SKILES Nicholas ( ) (402- ) stated he was working the front register when a WM, 31-38 yrs, dark jacket with hood, dark pants approached the counter and placed a pack of slim jims and $10 dollars on counter. SKILES stated when he opened the register for change the suspect forcefully reached into cash register, grabbed cash, and ran out on foot. SKILES stated a customer in the store had dialed 911 and then handed the phone to him.

R/O obtained phone number for customer that dialed 911 through dispatch (402- ) and R/O called that phone. Party that picked up identified himself as SANCHEZ Tom ( )( ).

| Report Typed By KNAPP J | Date 2-23-15 | Time 2218 | Signature Reporting Officer/Serial No. /s/ #2060 |
| --- | --- | --- | --- |
| Approved By: (Command Officer/Serial No.) /s/ T.B. Negro 1311 | | | Signature Reporting Officer/Serial No. |

OPD Form 200A (09-2014)

CONFIDENTIAL: DOCUMENT PRODUCED PURSUANT TO PROTECTIVE ORDER ENTERED IN CI 16-8620
7-7-2017 City of Omaha 1st Set of Production
Page 30 of 1118

SANCHEZ stated that he observed a suspicious WM, Beard, all dark clothing walk into the store and a short time later observed that party take cash out of the register and state "Give me the fucking money". R/O advised SANCHEZ to come to central to give a statement and he agreed. CFS CURRAN 1743 advised it was OK for him to drive down since he was already at home.

R/O observed video footage with store manager DeBOLT Phillip (    ) (            , YOB       ). R/O observed a WM, 30's, Beard, dark jacket with hood, dark jeans, grey gloves walk up to counter, set item down, and then reached over the counter and grabbed cash out of register and then took off on foot.

While R/O was first on scene and talking to KAPOUN R/O overheard a WF, 30's, long brown hair, black sweatshirt asking another officer if they could say who was shot because she was sure it was her boyfriend. When the other R/O started to ask for the females information she stated she did not want to talk and that she was just going to the hospital to find out for herself. Female party was crying and pretty upset and was pretty adamant it was her boyfriend but left the area on foot.

DEBOLT advised suspect got away with approximately $52.15 in an unknown breakdown of bills. Crime Lab was on scene, processed all evidence, and obtained the video footage.

CONFIDENTIAL: DOCUMENT PRODUCED PURSUANT TO PROTECTIVE ORDER ENTERED IN CI 16-8620
7-7-2017 City of Omaha 1st Set of Production
Page 31 of 1118




# OMAHA POLICE DEPARTMENT

☐ CONTINUATION REPORT
☒ SUPPLEMENTARY REPORT

Page No. 3 of 3
RB No. 652440

| Offense: Robbery | ☐ Victim | ☒ Suspect ELROD Daniel | Subject Address UNK |
|---|---|---|---|
| Day/Date/Time: Original Report MON 23FEB15 @ 1830 | Day/Date/Time: This Report MON 23FEB15 @ 2215 | Address of Occurrence 1735 S 13th St | District 61 |

At approximately 2150 hrs R/O was advised by command on scene that Family, Dillon and employees were free to lock up and leave. R/Os escorted employees to vehicles and released them from the scene.

R/O was advised by officers at hospital that suspect was identified as ELROD Daniel ( ). R/O discovered through NCJIS that ELROD was released from Sarpy Co on 2-23-15 at 1435 hrs on bond.

R/O then sat on perimeter near 13th & Center St and secured entry at about 2200 hrs. R/O was relieved by A shift at around 0040 hrs. R/O booked a note into property from victim.

| Report Typed By KNAPP J | Date 2-23-15 | Time 2215 | Signature Reporting Officer/Serial No. [signature] # 2060 |
|---|---|---|---|
| Approved By: (Command Officer/Serial No.) T. B. Negrete 1311 | | | Signature Reporting Officer/Serial No. |

OPD Form 200A (09-2014)

CONFIDENTIAL: DOCUMENT PRODUCED PURSUANT TO PROTECTIVE ORDER ENTERED IN CI 16-8620
7-7-2017 City of Omaha 1st Set of Production
Page 32 of 1118