# OMAHA POLICE DEPARTMENT
## INCIDENT REPORT

 

☑ Initial Report  ☐ Modification

Page 1 of 2

☑ Felony  ☐ Misdemeanor  ☐ Non-Criminal

R.B. No. 65244-0

## VICTIM

| Victim Number | Victim Name (Last/First/MI) or Victim Business |
|---|---|
| 1 of 1 | Family Dollar |

Address: 1725 S 13th St
City: Omaha
State: NE
Zip Code: 68108

Location Occurred: 1725 S 13th St
District No.: 61
Location Reported: 1725 S 13th St
District No.: 61

| Occurred | Day | Month | Date | Year | Hour | | Day | Month | Date | Year | Hour | DOB or Age | Race Code[F] | Sex Code[G] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From - | Mon | 02 | 23 | 15 | 1822 | Date/Time Reported | Mon | 02 | 23 | 15 | 1830 | N/A | 97 | 97 |
| To | Mon | 02 | 23 | 15 | 1830 | | | | | | | | | |

Driver's License No./State: —
Social Security No.: —
Residence Phone: —
Business Phone: 402-345-4561

Victim Type Code [J]: J01
Injury Code [H]: H01
Injured as Result of Code [I]: I99

Victim's Relationship to Offender(s) Code [N]
Offender No. 1  Code No. N37

Indications of Victim Using: ☐ Alcohol  ☐ Drugs
Victim Advised of Procedure for: ☐ Warrant  ☐ Victim/Witness
Victim will Prosecute: ☑ Yes  ☐ No
CIB Unit Assigned: —

## OFFENSE(S)

If one of the following offenses is BURGLARY, entry was by ☐ force  ☐ non-force.

| Offense Number | Offense | Offense Code [A] | Crim. Activity Code [C] | Hate/Bias Code [D] | Attempted/Completed | Offender(s) Used | Location Code [B] | Type Weapon Code [E] |
|---|---|---|---|---|---|---|---|---|
| 1 of 1 | Robbery | A60 | C08 | D98 | ☑ Completed | ☐ Alcohol ☐ Drugs ☐ Computer | B05 | N/A |

## WITNESS / REPORTING PARTY

Witness 1 of 1
Reporting Party ☐
Name (Last, First, MI): See Supp

## MISCELLANEOUS

☐ Evidence Seized
☐ Sexual Assault Kit
☑ Crime Lab on Scene
☐ TRS Report

CIB or Field Investigator Advised: ☑ Yes  ☐ No
On the Scene: ☑ Yes  ☐ No
Officer Name: CERVANY   Serial No. 1521
Other Reports: ☐ Additional Factors  ☐ Supplementary  ☐ M.O. Information  ☐ Property
☐ Stolen Vehicle  ☐ Other

Ser/Serial No. #1060

Approved By/Serial No.: B Negron 1311

PD Form 189 (10/03)

CONFIDENTIAL: DOCUMENT PRODUCED PURSUANT TO PROTECTIVE ORDER ENTERED IN CI 16-8620
7-7-2017 City of Omaha 1st Set of Production
Page 3 of 1118

Page 2 of 2

RB No. 65244-0

## SUSPECT / ARRESTEE

Suspect/Arrestee 1 of 1
☒ Suspect
☐ Arrestee

Name (Last/First/MI): See Supp

| Field | Value |
|---|---|
| Address | |
| City | |
| State | |
| Zip Code | |
| DOB or Approx. Age | |
| Race Code [F] | |
| Sex Code [G] | |
| Height | |
| Weight | |
| Hair | |
| Eyes | |
| Residence Phone | |
| Alias/Maiden Name | |
| Social Security No. | |
| Driver's License No./State | |
| Business Phone | |
| Business/School Name | |
| Business/School Address | |
| Work Hours | |
| Occupation | |
| Other Physical Identifiers | |
| Clothing Description | |

## PROPERTY

Property Insured: ☒ Yes ☐ No  Insurance Company/Agent's Name: UNK  Phone: UNK

| Item No. | Quan. | Description | Type Code [P] | Affected Code [L] | Measure Code [M] | Approx. Value | Date Recovered |
|---|---|---|---|---|---|---|---|
| 1 | MISC | Undisclosed amount of cash | P23 | LSS | MNP | Nil | |

## SYNOPSIS

On MON 23 FEB 15 at 1830 hrs Reporting Officer (R/O) KNAPP #2060 responded to a Robbery at Family Dollar 1725 S 13th St. to assist officers LUGOD #264, BOHNHOFT #2047, POPE #2076, and GEYZA #2077 who were already on scene and had a possible suspect in custody. R/O KNAPP spoke with store clerk who stated a WM, Mid 30's, dark clothing approached the check out stand with an Item to purchase. The store clerk stated once the cash Register was opened the suspect forcefully pushed and forcefully Reached into the Register, grabbing an undisclosed amount of cash, and Ran out on foot. Command on scene. CIB, and Crime Lab. See other Reports.

CONFIDENTIAL: DOCUMENT PRODUCED PURSUANT TO PROTECTIVE ORDER ENTERED IN CI 16-8620
7-7-2017 City of Omaha 1st Set of Production
Page 4 of 1118