IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LUCINDA BEADLE, Personal Representative of the Estate of Daniel A. Elrod, Deceased, | ) ) ) ) | CASE NO: 8:18-cv-82 |
| Plaintiff, | ) ) ) | **INDEX OF EVIDENCE IN SUPPORT** |
| vs. | ) ) ) | **OF ALVIN F. LUGOD'S MOTION FOR SUMMARY JUDGMENT** |
| THE CITY OF OMAHA, a political subdivision of the State of Nebraska; TODD SCHMADERER, in his official capacity as Chief of the City of Omaha Police Department; ALVIN LUGOD, individually and in his official capacity as an officer of the City of Omaha Police Department; DOES 1-25, inclusive, | ) ) ) ) ) ) ) ) ) ) | **BASED UPON QUALIFIED IMMUNITY** |
| Defendants. | ) | |

The following listed exhibits are offered in support of the Defendant's Motion for Summary Judgment based on Qualified Immunity against the claims asserted in the Plaintiff's First Amended Complaint (Doc. # 13).

Exhibit 9    Douglas County 911 Robbery Dispatch Recording.

Exhibit 10   Omaha Police Department Internal Affairs Interview of Officer Bradley Bornhoft.

Exhibit 11   Omaha Police Department Internal Affairs Interview of Officer Nicole Geyza.

Exhibit 12   Omaha Police Department Internal Affairs Interview of Officer Patricia Pope.

Exhibit 13   Omaha Police Department Internal Affairs Interview of Officer Aaren Anderson.

Exhibit 14   Diagram of Incident Location.

Exhibit 15   Photographs of Incident Location.

Exhibit 16   Declaration of Ryan J. Wiesen

Respectfully submitted this 13th day of September, 2018.

        ALVIN F. LUGOD, Defendant.

By: s/ Ryan J. Wiesen
    RYAN J. WIESEN, No. 24810
    Assistant City Attorney
    1819 Farnam Street, Suite 804
    Omaha, NE 68183
    (402) 444-5115
    Ryan.Wiesen@cityofomaha.org
    Attorney for the Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 13th day of August, 2018, the foregoing **INDEX IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT and Attached Exhibits** was served by U.S. mail, postage prepaid, to Brian E. Jorde, Domina Law Group, P.C. L.L.O., 2425 South 144th Street, Omaha, Nebraska 68144-3267, and was electronically filed with the Clerk of Court through the CM/ECF system, which will send notification of said filing to all attorneys and parties registered with the Court.

    s/ Ryan J. Wiesen
    Assistant City Attorney