CONFIDENTIAL: DOCUMENT PRODUCED PURSUANT TO PROTECTIVE ORDER ENTERED IN CI 16-8620
7-7-2017 City of Omaha 1st Set of Production



