# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LUCINDA BEADLE, Personal Representative of the Estate of Daniel A. Elrod, Deceased;<br><br>Plaintiff,<br><br>vs.<br><br>THE CITY OF OMAHA, a political subdivision of the State of Nebraska; and DOES 1 THROUGH 25, inclusive;<br><br>Defendants. | 8:18CV82<br><br>ORDER |

This matter is before the Court on its own motion.

Pursuant to the Memorandum and Order dated January 15, 2019, ECF No. 41, Plaintiff was directed to show cause on or before February 1, 2019, why all claims against Defendants Does 1 through 25 should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) for lack of service of process. Because Plaintiff has not shown good cause, all claims against Defendants Does 1 through 25 are dismissed without prejudice. Fed. R. Civ. P. 4(m).

IT IS ORDERED that all claims against Defendants Does 1 through 25 are dismissed without prejudice, and the Clerk will amend the caption accordingly.

Dated this 14th day of March 2019.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge