# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LUCINDA BEADLE, Personal Representative of the Estate of Daniel A. Elrod, Deceased;<br><br>Plaintiff,<br><br>vs.<br><br>THE CITY OF OMAHA, a political subdivision of the State of Nebraska;<br><br>Defendant. | 8:18CV82<br><br>ORDER OF DISMISSAL |

The above-captioned suit was filed on February 22, 2018. ECF No. 1. On August 16, 2019, the Court issued an Order requiring Plaintiff to show cause by August 30, 2019, why this case should not be dismissed for want of prosecution; and warned that, absent a timely response, this case would be dismissed without further notice. ECF No. 55. To date, Plaintiff has not responded to the Show Cause Order. Accordingly,

IT IS ORDERED:

1. The above-captioned action is dismissed without prejudice.

Dated this 11th day of September, 2019.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge